ENTERED ON DOCKET
2/17/09  PURSUANT
TO FRCP RULES 58 & 79a

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



Ana Torres-Figueroa et al

Plaintiff(s)

vs.

Boca Inc. et al

Defendant(s)

CIVIL CASE   07-2231 (JAF)

## JUDGMENT

Pursuant to Court's Order (docket #43) Judgment is entered dismissing this case. The Court shall retain jurisdiction to enforce any private agreement.

In San Juan, Puerto Rico, this 17th day of February, 2009.

Frances Rios de Moran, Esq.

Clerk of Court

s/Diana Villavicencio

Diana Villavicencio
Deputy Clerk